Roger N. Behle, Jr., SBN 174755
Kevin D. Gamarnik SBN 273445
FOLEY BEZEK BEHLE & CURTIS, LLP
575 Anton Boulevard, Suite 710
Costa Mesa, California 92626
Telephone: (714) 556-1700
Facsimile:  (714) 546-5005
Email: RBehle@FoleyBezek.com
       Kgamarnik@foleybezek.com

Attorneys for Plaintiff Umerco Clothing Co. Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMERCO CLOTHING CO. INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENNY'S ALOHA SHIRTS, a business entity of form unknown, HARLEY DAVIDSON CAFÉ, a business entity of form unknown, SOUTHWEST BOWLING APPAREL, a business entity of form unknown, KILLER HATS COMPANY, a Pennsylvania corporation, MUSICIAN'S FRIEND, a Delaware corporation, SCOTT APPAREL, INC., a California Corporation, SCOTT YOON, an individual, MIGUEL VIVANCO, an individual, NATIVITY RIGALADO, an individual, AVELINO DIAZ, an individual, and DOES 1 through 10 inclusive, | Case No.:   SACV10-1435-JVS(CWx)<br><br>*Assigned to District Judge James Selna*<br><br>**STIPULATION FOR REQUEST FOR DISMISSAL AND ORDER PURSUANT TO FRCP 41(a)(1)(ii)** |

1 | Defendants.

**PLAINTIFF UMERCO CLOTHING CO., INC.**, a California corporation and Defendant **BENNY'S ALOHA SHIRTS**, a business entity of form unknown hereby stipulate Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that Defendant **BENNY'S ALOHA SHIRTS** only, a business entity of form unknown be dismissed from the case. This dismissal shall be with prejudice. Each party shall bear its own costs, expenses and attorney's fees.

DATED: October 27, 2011        **FOLEY BEZEK BEHLE & CURTIS, LLP**

By: _____
Kevin D. Gamarnik
Attorneys for Plaintiff
UMERCO CLOTHING CO., INC.


DATED: October 26, 2011        **BENNY'S ALOHA SHIRTS**

By: _____
Benny Abramoff
Its: Owner

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss 
COUNTY OF ORANGE )

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 575 Anton Boulevard, Costa Mesa, California, 92626.

On October 27, 2011, I served the following document(s):

**STIPULATION FOR REQUEST FOR DISMISSAL AND ORDER PURSUANT TO FRCP 41(a)(1)(ii)**

on the following person(s), with the name and address of the person served shown on the envelope as follows:

Scott Apparel, Inc.
2930 East 44th Street
Vernon, CA 90058

S-Marque, Inc.
2930 East 44th Street
Vernon, CA 90058

Scott Yoon
2930 East 44th Street
Vernon, CA 90058

Avelino Diaz
18649 Fairweather Street
Canyon Country, CA 91351

Miguel Vivanco
865 Jefferson
Chula Vista, CA 91911

Nativity Rigalado
2930 East 44th Street
Vernon, CA 90058

Benny's Aloha Shirts
Benny Abramoff
1244 Orkney Lane
Cardiff, CA 92007

X     <u>BY MAIL</u>: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on October 27, 2011 at Costa Mesa, California.

_____
Christine James