1  Roger N. Behle, Jr., State Bar No. 174755
2  Kevin D. Gamarnik, State Bar No. 273445
   **FOLEY BEZEK BEHLE & CURTIS LLP**
3  575 Anton Boulevard, Suite 710
4  Costa Mesa, California 92626
   Telephone: (714) 556-1700
5  Facsimile:  (714) 546-5005
6  Email:  rbehle@foleybezek.com
7          kgamarnik@foleybezek.com

8  Attorneys for Plaintiff

9              **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  UMERCO CLOTHING CO. INC, a California Corporation, | Case No. SACV10-01435 JVS (CWx) |
| 12           Plaintiff, | *Assigned to District Judge James Selna* |
| 13 | |
| 14      vs. | |
| 15  BENNY'S ALOHA SHIRTS, a business entity of form unknown, | |
| 16  HARLEY DAVIDSON CAFÉ, a business entity of form unknown, | **PLAINTIFF UMERCO CLOTHING CO. INC.'S STATUS REPORT TO THE COURT RE: TRIAL** |
| 17  SOUTHWEST BOWLING APPAREL, a business entity of form unknown, | |
| 18  KILLER HATS COMPANY, a Pennsylvania corporation, | |
| 19  MUSICIAN'S FRIEND, a Delaware corporation, SCOTT APPAREL, INC., | |
| 20  a California Corporation, S-MARQUE, | Final Pretrial Conference: Oct. 31, 2011 |
| 21  INC., a California Corporation, SCOTT YOON, an individual, MIGUEL | Trial Date: Nov. 15, 2011 |
| 22  VIVANCO, an individual, NATIVITY RIGALADO, an individual, AVELINO | |
| 23  DIAZ, an individual, and DOES 1 through 10, inclusive, | |
| 24 | |
| 25           Defendants. | |

26
27
28

1    Plaintiff Umerco Clothing Co. Inc., hereby submits this Status Report to the
2  Court in an effort to apprise the Court of the status of the parties' and to ask the
3  Court for direction as to how to proceed with the remainder of the case. To
4  summarize, there will be no Defendants left for Plaintiff to try the action against.
5  Each of the Defendants initially named in the action has either filed for bankruptcy,
6  has been dismissed or will be dismissed, or will have default entered against them.
7  Plaintiff seeks direction on how to proceed (i.e. should Plaintiff appear on the first
8  day of trial ready to put on its case?)

9    The status for each of the Defendants is as follows:

10    Scott Apparel, Inc., has filed for Bankruptcy and the action against it is
11  stayed.

12    The following Defendants are dismissed from the action or will be dismissed
13  from the action prior to the first day of trial.

14    1. Benny's Aloha Shirts;

15    2. Harley Davidson Café;

16    3. Southwest Bowling Apparel;

17    4. Killer Hats Company;

18    5. Musician's Friend;

19    6. Avelino Diaz; and

20    7. Miguel Vivanco.[1]

21    An order to show cause has been issued against the following Defendants as
22  to why their Answers should not be stricken and default entered for failure to
23  participate in preparation of pretrial proceedings or appear at the pre-trial
24  conference:

25    1. Nativity Rigaldo;

26    2. S-Marque, Inc.; and

27

28
_____

[1] An order to show cause was issued against Miguel Vivanco, however Vivanco and Plaintiffs
have reached an agreement for dismissal.

PLAINTIFF'S STATUS REPORT RE TRIAL

1    3.  Scott Yoon.

2    Dated:  November 9, 2011                    FOLEY BEZEK BEHLE & CURTIS, LLP

3

4                                               By:  _____

5                                                    Kevin D. Gamarnik
                                                     Attorneys for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S STATUS REPORT RE TRIAL