1  Roger N. Behle, Jr., SBN 174755
2  Kevin D. Gamarnik, SBN 273445
   FOLEY BEZEK BEHLE & CURTIS, LLP
3  575 Anton Boulevard, Suite 710
4  Costa Mesa, California 92626
   Telephone: (714) 556-1700
5  Facsimile:  (714) 546-5005
6  Email: RBehle@FoleyBezek.com
7         KGamarnik@FoleyBezek.com
8
9  Attorneys for Plaintiff Umerco Clothing Co. Inc.
10
11                 IN THE UNITED STATES DISTRICT COURT
12                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  UMERCO CLOTHING CO. INC., a  <br>14  California corporation,  <br>15  Plaintiff,  <br>16  <br>17  vs.  <br>18  BENNY'S ALOHA SHIRTS, a  <br>19  business entity of form unknown,  <br>    HARLEY DAVIDSON CAFÉ, a  <br>20  business entity of form unknown,  <br>21  SOUTHWEST BOWLING APPAREL,  <br>22  a business entity of form unknown,  <br>    KILLER HATS COMPANY, a  <br>23  Pennsylvania corporation,  <br>24  MUSICIAN'S  <br>    FRIEND, a Delaware corporation,  <br>25  SCOTT APPAREL, INC.,  <br>26  a California Corporation, SCOTT  <br>    YOON, an individual, MIGUEL  <br>27  VIVANCO, an individual,  <br>28  NATIVITY RIGALADO, an individual, | Case No.:   SACV10-1435-JVS(CWx)  <br><br>*Assigned to District Judge James Selna*  <br><br><br>**STIPULATION FOR REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)** |

1  AVELINO DIAZ, an individual, and
2  DOES 1 through 10 inclusive,
3         Defendants.
4
5
6
7      **PLAINTIFF UMERCO CLOTHING CO., INC.**, a California corporation
8  and Defendant MIGUEL VIVANCO, an individual, hereby stipulate Pursuant to Rule
9  41(a)(1)(ii) of the Federal Rules of Civil Procedure, that Defendant MIGUEL
10 VIVANCO only, an individual, be dismissed from the case. This dismissal shall be
11 with prejudice. Each party shall bear its own costs, expenses and attorney's fees.
12
13 DATED: November 9, 2011     **FOLEY BEZEK BEHLE & CURTIS, LLP**
14
15
16     By: _____
17         Kevin D. Gamarnik
18         Attorneys for Plaintiff
        UMERCO CLOTHING CO., INC.
19
20
21 DATED: November 8, 2011     **MIGUEL VIVANCO**
22
23     By: _____
24
25
26
27
28