Roger N. Behle, Jr., SBN 174755
Kevin D. Gamarnik, SBN 273445
FOLEY BEZEK BEHLE & CURTIS, LLP
575 Anton Boulevard, Suite 710
Costa Mesa, California 92626
Telephone: (714) 556-1700
Facsimile: (714) 546-5005
Email: RBehle@FoleyBezek.com
       KGamarnik@Foleybezek.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMERCO CLOTHING CO. INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BENNY'S ALOHA SHIRTS, a business entity of form unknown, HARLEY DAVIDSON CAFÉ, a business entity of form unknown, SOUTHWEST BOWLING APPAREL, a business entity of form unknown, KILLER HATS COMPANY, a Pennsylvania corporation, MUSICIAN'S FRIEND, a Delaware corporation, SCOTT APPAREL, INC., a California Corporation, SCOTT YOON, an individual, S-MARQUE, a California Corporation, MIGUEL VIVANCO, an individual, NATIVITY RIGALADO, an individual, AVELINO DIAZ, an individual, and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.:  SACV10-1435-JVS(CWx) <br><br> *[HONORABLE JAMES V. SELNA]* <br><br><br> **DECLARATION OF AHMED KOTOB IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT** |

## DECLARATION OF AHMED KOTAB

I, Ahmed Kotob, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and if called to testify I could and would competently testify thereto. I am over the age of 18 and am a resident of the State of California.

2. I was chief designer for Umerco Clothing Co., Inc.

3. Umerco Clothing Co., Inc. ("Plaintiff") was incorporated in the state of California in 1993, but its business dates back to the early 1980's.

4. Its founders have over 30 years of experience in designing, manufacturing, importing/exporting and selling all types of clothing for men, women and children.

5. In addition to designing, manufacturing and selling clothing under its own label, Umerco also designs, manufactures and sells clothing under other labels. Some of the other clothing labels include, but are not limited to, the "Dragonfly" ("Dragonfly") and "Dragonfly Roadhouse" ("Roadhouse") labels.

6. Plaintiff is the current registered owner of United States Trademark Registration No. 3,511,173 for the mark "Dragonfly" in International Class 025, for clothing, namely shirts, pants, short pants, socks, hats, sweatshirts, coats and jackets.

7. Plaintiff is the current owner of United States Trademark Registration No. 3,199,267 for the mark "Dragonfly Roadhouse" in International Class 025, for clothing, namely tops, bottoms, shirts, pants, coats, jackets, vests, belts, sweaters, sweat shirts, sweat pants, swimwear, underwear, hats and shorts.

8. The Dragonfly mark has been in continuous use by Plaintiff, or its predecessor-in-interest/assignor, since at least as early as December 1995.

9. The Dragonfly Roadhouse mark has been in continuous use by Plaintiff, or its predecessor-in-interest/assignor, since at least as early as October 2003.

10. Nativity Rigalado had access to the intellectual property, currently owned by Plaintiff, as a result of her employment with Dragonfly Clothing, Inc., a predecessor-in-interest/assignor of Plaintiff.

I declare under the penalty of perjury under the laws of the State of California and the United States of America this _16_ th day of December 2011, at Orange County, California, that the foregoing is true and correct.

DATED: _12-16-11_      By: _____
                           Ahmed Kotob

*Ahmed Kotob*
*Designer*